| | |
|---|---|
| 1 | Fred W. Schwinn (SBN 225575) |
| 2 | Raeon R. Roulston (SBN 255622) |
|   | CONSUMER LAW CENTER, INC. |
| 3 | 12 South First Street, Suite 1014 |
|   | San Jose, California 95113-2418 |
| 4 | Telephone Number: (408) 294-6100 |
|   | Facsimile Number: (408) 294-6190 |
| 5 | Email Address: fred.schwinn@sjconsumerlaw.com |
| 6 | Attorneys for Plaintiff |
|   | TEENA MARIE LE |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TEENA MARIE LE, | Case No. 3:13-00707-CRB |
| Plaintiff, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| SUNLAN CORPORATION, a California corporation; SUNLAN-062804, LLC, a California limited liability company; LEE JOSEPH ROSS, individually and in his individual capacity; LAW OFFICE OF KENOSIAN & MIELE, LLP, a California limited liability partnership; and KENNETH JOHN MIELE, individually and in his official capacity, | Hearing Date: May 24, 2013<br>Hearing Time: 8:30 a.m.<br>Hearing Judge: Charles R. Breyer<br>Hearing Courtroom: 6, 17th Floor<br>Hearing Location: 450 Golden Gate Avenue<br>San Francisco, California |
| Defendants. | |

Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for May 24, 2013. Defendants in this case was served on April 12, 2013, making Defendants' Answers or other responsive pleading initially due on or before May 1, 2013. On May 2, 2013, the Parties filed a Stipulation, pursuant to N.D. Civil L.R. 6-1(a), extending Defendants' Answer deadline by 14 days, to May 15, 2013. Additionally, Plaintiff's counsel will be unavailable from June 1, 2013, through June 18, 2013, inclusive, for a pre-scheduled out-of-state vacation.

- 1 -
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:13-00707-CRB

In light of the forgoing, Plaintiff requests that the Case Management Conference be continued for sixty (60) days to allow counsel time to finalize the pleadings and prepare a Joint Case Management Statement for the Court.

CONSUMER LAW CENTER, INC.

Dated: May 2, 2013

By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
TEENA MARIE LE

[PROPOSED] ORDER

Having considered the Plaintiff's Request to Continue Case Management Conference, the request is GRANTED. A Case Management Conference shall be held on August 9, 2013, at 8:30 a.m. in Courtroom 6.

Plaintiff shall file a Case Management Statement no later than August 2, 2013.

Dated: May 7, 2013

The Honorable Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer