| | |
|---|---|
| 1 | Fred W. Schwinn (SBN 225575) |
| 2 | Raeon R. Roulston (SBN 255622) |
|   | CONSUMER LAW CENTER, INC. |
| 3 | 12 South First Street, Suite 1014 |
|   | San Jose, California 95113-2418 |
| 4 | Telephone Number: (408) 294-6100 |
|   | Facsimile Number: (408) 294-6190 |
| 5 | Email Address: fred.schwinn@sjconsumerlaw.com |

Attorneys for Plaintiff
TEENA MARIE LE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TEENA MARIE LE, | Case No. 3:13-00707-CRB |
| Plaintiff, | **STIPULATION TO AMEND BRIEFING AND HEARING SCHEDULE AND [PROPOSED] ORDER** |
| v. | |
| SUNLAN CORPORATION, a California corporation; SUNLAN-062804, LLC, a California limited liability company; LEE JOSEPH ROSS, individually and in his individual capacity; LAW OFFICE OF KENOSIAN & MIELE, LLP, a California limited liability partnership; and KENNETH JOHN MIELE, individually and in his official capacity, | [N.D. Cal. Civ. L.R. 6-2] |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. On February 19, 2013, Plaintiff filed her <u>Complaint</u> (Doc. 1) in this case alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq.* Plaintiff's Complaint also seeks declaratory and injunctive relief under Cal. Financial Code § 22000 *et seq.*, and actual damages and punitive damages for alleged malicious prosecution.

2. On May 2, 2013, Plaintiff's counsel filed and served via the Court's CM/ECF

system, a <u>Notice of Unavailability of Counsel</u> (Doc. 14) in which Plaintiff's counsel informed the Court and Defendants that he would be unavailable between June 1, 2013, and June 18, 2013, inclusive.

3. On May 7, 2013, the Court entered an Order continuing the Case Management Conference in this case to August 9, 2013, at 8:30 a.m. (Doc. 16)

4. On May 15, 2013, <u>Defendants' Answer to Complaint</u> (Doc. 18) was filed.

5. On June 5, 2013, Plaintiff filed her <u>Motion to Strike Affirmative Defenses</u> (Doc. 19).

6. On June 7, 2013, Defendants filed their <u>Special Motion to Strike (Anti-SLAPP)</u> (Doc. 20).

7. Plaintiff's <u>Motion to Strike Affirmative Defenses</u> and Defendants' <u>Special Motion to Strike</u> are currently set for hearing on July 19, 2013, at 10:00 a.m. before the Honorable Charles R. Breyer.

8. Plaintiff's counsel promptly solicited from Defendants' counsel a stipulation to continue the hearing date on <u>Defendants' Special Motion to Strike</u>, and the parties thereafter agreed to continue the hearings on both motions, subject to this Court's approval.

9. The parties request that the Court enter an order modifying the briefing and hearing schedule for Plaintiff's <u>Motion to Strike Affirmative Defenses</u> and Defendants' <u>Special Motion to Strike</u> as follows:

 a. For both motions, opposition briefs shall be filed on or before July 12, 2013.

 b. For both motions, reply briefs shall be filed on or before July 26, 2013.

 c. For both motions, the hearings shall be continued to August 9, 2013, at 10:00 a.m.

10. The briefing schedule has not been previously modified.

11. To the extent the timing requirements of California Code of Civil Procedure section 425.15(f) apply in this Court, if at all, the parties agree that this requested continuance does not and shall not violate those timing requirements.

IT IS SO STIPULATED.

ooOoo

CONSUMER LAW CENTER, INC.

Dated: June 12, 2013    By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
TEENA MARIE LE

KATTEN MUCHIN ROSENMAN, LLP

Dated: June 12, 2013    By: _____
Gregory S. Korman, Esq.
Attorney for Defendants
SUNLAN CORPORATION,
SUNLAN-062804, LLC,
LEE JOSEPH ROSS,
LAW OFFICE OF KENOSIAN & MIELE,
LLP, and KENNETH JOHN MIELE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 17, 2013

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO AMEND BRIEFING AND HEARING SCHEDULE    Case No. 3:13-00707-CRB

- 3 -

31744630v1_383771-00001