Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
TEENA MARIE LE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TEENA MARIE LE,<br><br>    Plaintiff,<br>  v.<br><br>SUNLAN CORPORATION, a California corporation; SUNLAN-062804, LLC, a California limited liability company; LEE JOSEPH ROSS, individually and in his individual capacity; LAW OFFICE OF KENOSIAN & MIELE, LLP, a California limited liability partnership; and KENNETH JOHN MIELE, individually and in his official capacity,<br><br>    Defendants. | Case No. 3:13-00707-CRB<br><br>**STIPULATION TO AMEND BRIEFING SCHEDULE AND ORDER**<br><br>[N.D. Cal. Civ. L.R. 6-2]<br><br>Hearing Date:      January 17, 2014<br>Hearing Time:      10:00 a.m.<br>Hearing Judge:    Charles R. Breyer<br>Hearing Courtroom: 6, 17th Floor<br>Hearing Location:  450 Golden Gate Avenue<br>                   San Francisco, California |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. On February 19, 2013, Plaintiff filed her Complaint (Doc. 1) in this case alleging, *inter alia*, violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq*.

2. On May 15, 2013, Defendants filed their Answer to Plaintiff's Complaint (Doc. 18).

3. Thereafter, on June 7, 2013, Defendants filed their Special Motion to Strike (Anti-SLAPP) Plaintiff's state law claims, pursuant to Cal. Code of Civil Procedure § 425.16 (Doc. 20).

4. On October 18, 2013, the Court entered its <u>Order Granting Defendants' Special Motion to Strike</u> (Doc. 50).

5. Thereafter, on November 27, 2013, Defendants' files their <u>Motion for Award of Attorneys' Fees in the Amount of $47,031 Against Plaintiff Teena Marie Le</u> (Doc. 53).

6. Defendant motion is currently set for hearing on January 17, 2014, at 10:00 a.m. before the Honorable Charles R. Breyer.

7. The parties request that the Court enter an order modifying the briefing schedule for Defendants' motion as follows:

    a. Plaintiff's opposition brief shall be filed on or before December 24, 2013.

    b. Defendants' reply brief shall be filed on or before January 3, 2013.

8. The briefing schedule has not been previously modified.

9. The modified briefing schedule will have no effect on the January 17, 2013, hearing date.

IT IS SO STIPULATED.

CONSUMER LAW CENTER, INC.

Dated: <u>December 10, 2013</u>    By: <u>/s/ Fred W. Schwinn</u>
Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
TEENA MARIE LE

|   |   |   |
|---|---|---|
| 1 |   | KATTEN MUCHIN ROSENMAN, LLP |
| 2 |   |   |
| 3 | Dated: December 10, 2013 | By: /s/ Gregory S. Korman |
|   |   | Gregory S. Korman (SBN 216931) |
| 4 |   | Ryan J. Larsen (SBN 211622) |
|   |   | Paul A Grammatico (SBN 246380) |
| 5 |   | KATTEN MUCHIN ROSENMAN, LLP |
|   |   | 2029 Century Park East, Suite 2600 |
| 6 |   | Los Angeles, California 90067 |
| 7 |   | Telephone Number: (310) 788-4400 |
|   |   | Facsimile Number: (310) 788-4471 |
| 8 |   | Email Address: gregory.korman@kattenlaw.com |

Attorneys for Defendants
SUNLAN CORPORATION, SUNLAN-062804, LLC, LEE JOSEPH ROSS, LAW OFFICE OF KENOSIAN & MIELE, LLP, and KENNETH JOHN MIELE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 12, 2013

_____
The Honorable Charles R. Breyer
United States District Judge