**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEENA MARIE LE, | No. C 13-00707 CRB |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF'S PERSONAL APPEARANCE** |
| v. | |
| SUNLAN CORPORATION, et al., | |
| Defendants. | |

Plaintiff Teena Marie Le is hereby ORDERED to appear in person at the hearing in this case scheduled for January 17, 2014 at 10:00 AM.

**IT IS SO ORDERED.**

Dated: January 16, 2014

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE