United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEENA MARIE LE,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNLAN CORPORATION, ET AL,<br><br>    Defendants.<br>_____/ | No. C 13-00707 CRB<br><br>**JUDGMENT** |

Having granted Defendants' motion for judgment on the pleadings, the Court enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 27, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\707\judgment.wpd