United States District Court
Northern District of California

TEENA MARIE LE,

   Plaintiff,

 v.

SUNLAN CORPORATION, et al.,

   Defendants.

Case No.: CV 13-00707-CRB (KAW)

ORDER SETTING HEARING DATE FOR JUDGMENT DEBTOR EXAM

On February 12, 2014, Defendants filed an Ex Parte Application for Order Requiring Judgment Debtor Teena Marie Lee to appear for examination on February 28, 2014. (Dkt. No. 71.)  On February 13, 2014, Plaintiff filed a response stating that counsel was unavailable on that date, but that both Plaintiff and Plaintiff's counsel were available on March 21, 2014. (Dkt. No. 72.)  On February 14, 2014, the ex parte application was referred to the undersigned.

Accordingly, the ex parte application is terminated and the judgment debtor examination will be held on March 21, 2014 at 9:30 a.m. at 1301 Clay St., Oakland, California.

IT IS SO ORDERED.

Dated: February 18, 2014

               _____
               KANDIS A. WESTMORE
               United States Magistrate Judge